**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AT&T CORPORATION,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CA 05-0066-CG-C** |
| **AUSTAL USA, LLC, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

The parties in this cause have failed to file a Rule 26(f) Report of the Meeting of the Parties as ordered on March 2, 2005 (Doc. 10).  The Order required that the Report be filed not later than April 18, 2005.  No extensions of the filing date were requested or granted.  Consequently, counsel for the parties shall convene, in person, before the undersigned for a Rule 16(b) scheduling conference on **May 10, 2005**  at  2:00 p.m. in Courtroom 3A, United States Courthouse, Mobile, Alabama.

Counsel shall be prepared not only to discuss scheduling, but also to show cause as to why sanctions should not be imposed pursuant to Rule 16(f), Federal Rules of Civil Procedure.

DONE AND ORDERED this 28th day of April, 2005.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE